**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

WAYNE E. NICKERSON,

      Plaintiffs,

      v.

GEORGIA EYE INSTITUTE OF
SOUTHEAST, et al.,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-59

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 3, 2026, Report and Recommendation, (doc. 8), to which plaintiff filed objections, (doc. 9).   Nothing in the Objection, or his procedurally ambiguous "Notice," alters the Magistrate Judge's conclusions that Plaintiff's pleadings fail to state any claim upon which relief can be granted.   (See generally docs. 9 & 10.)   Accordingly, Plaintiff's Objections are **OVERRULED**, and the Court **ADOPTS** the Report and Recommendation as its opinion, (doc. 8.)   Plaintiff's Amended and Second Amended Complaints are **DISMISSED**.   (Docs. 6 & 7.)   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 8th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA