AO 450 (GAS Rev. 6/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐

☐



Date _____

Clerk _____

*(By) Deputy Clerk*